*State, Respondent, v. Hurn, Petitioner*, No. 92843-6. Petition for review of a decision of the Court of Appeals, No. 71813-4-I, December 7, 2015, 191 Wn. App. 1035. *Denied* June 29, 2016.

*State, Respondent, v. Dailey et al., Petitioners*, No. 92844-4. Petition for review of a decision of the Court of Appeals, No. 72423-1-I, January 11, 2016, 192 Wn. App. 1007. *Denied* June 29, 2016.

*State, Respondent, v. Williams, Petitioner*, No. 92847-9. Petition for review of a decision of the Court of Appeals, No. 71193-8-I, December 21, 2015, 191 Wn. App. 1048. *Denied* June 29, 2016.

*Krull et al., Respondents, v. Lawson, Petitioner*, No. 92854-1. Petition for review of a decision of the Court of Appeals, No. 47188-4-II, January 12, 2016, 192 Wn. App. 1010. *Denied* June 29, 2016.

*TT Props., LLC, Respondent, v. City of Tacoma, Petitioner*, No. 92856-8. Petition for review of a decision of the Court of Appeals, No. 46803-4-II, January 12, 2016, 192 Wn. App. 238. *Denied* June 29, 2016.

*Fish & Wildlife Officers Guild, Petitioner, v. Dep't of Fish & Wildlife et al., Respondents*, No. 92857-6. Petition for review of a decision of the Court of Appeals, No. 72104-6-I, December 7, 2015, 191 Wn. App. 569. *Denied* June 29, 2016.

*Del Fierro, Petitioner, v. BSI Fin. Servs. et al., Respondents*, No. 92859-2. Petition for review of a decision of the Court of Appeals, No. 73016-9-I, November 16, 2015, 191 Wn. App. 1018. *Denied* June 29, 2016.

*In re Custody of K.R.H. Clawson, Petitioner, v. Marx, Respondent*, No. 92863-1. Petition for review of a decision of the Court of Appeals, No. 32597-1-III, January 12, 2016, 192 Wn. App. 1011. *Denied* June 29, 2016.